COMMONWEALTH of Pennsylvania, Petitioner

v.

Hemant KOHLI, Respondent

No. 127 MAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**